**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RICHARD SANCRUZADO, *individually and*
*on behalf of all others similarly situated*,                    **Case No. 1:23-cv-24661-KMM**

      Plaintiff,                    **CLASS ACTION**

v.                    **JURY TRIAL DEMANDED**

RUMBLE,  INC.,

      Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Richard Sancruzado, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action.  All claims of Plaintiff, individually, are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are dismissed <u>without</u> prejudice.

DATED:  January 16, 2024

                                      Respectfully submitted,

                                      */s/ Manuel S. Hiraldo*_____
                                      Manuel S. Hiraldo, Esq.
                                      HIRALDO P.A.
                                      Florida Bar No. 030380
                                      401 E. Las Olas Boulevard Suite 1400
                                      Ft. Lauderdale, Florida 33301
                                      Email: mhiraldo@hiraldolaw.com
                                      Telephone: 954.400.4713